1

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

2

3

4

5

Attorneys for Defendant
TIFFANY AND COMPANY U.S. SALES,
LLC

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

BRIAN WHITAKER,

Case No. 2:20-cv-11695-SVW-PLA

13

Plaintiff,

**DEFENDANT TIFFANY AND
COMPANY U.S. SALES, LLC'S
NOTICE OF SETTLEMENT**

14

vs.

15

TIFFANY AND COMPANY U.S.
SALES, LLC, a Delaware Limited
Liability Company,

16

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF**

2    **RECORD:**

3          **PLEASE TAKE NOTICE THAT**, pursuant to agreement of the parties, the

4    above-captioned matter has been resolved.  The parties anticipate filing a

5    Stipulation of Dismissal within 60 days.

6    Dated:  April 2, 2021                    MORGAN, LEWIS & BOCKIUS LLP

7

8                                       By    */s/ Kathy H. Gao*
                                           KATHY H. GAO
9                                           Attorney for Defendant
                                           TIFFANY AND COMPANY U.S.
10                                          SALES, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DB2/ 40639395.1