| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
| | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 6 | AmandaS@potterhandy.com |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER | **Case:** 2:20-cv-11695-SVW-PLA |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| TIFFANY AND COMPANY U.S. SALES, LLC, a Delaware Limited Liability Company | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant TIFFANY AND COMPANY U.S. SALES, LLC, a Delaware Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 9, 2021            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                 Amanda Seabock
                                 Attorney for Plaintiff